UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00199-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| DONALD MCGHAN, | |
| Defendant. | |

Having read and considered Defendant McGhan's Motion for Credit Against Restitution (Doc. #39) filed September 6, 2013, and Plaintiff United States' Response thereto (Doc. #40) filed September 18, 2013, and good cause appearing,

**IT IS ORDERED** that the Defendant McGhan's Motion for Credit Against Restitution (Doc. #39) is **GRANTED** to the extent that Defendant McGhan should be given additional credit against his restitution obligation in the amount of $549,707.11.

**IT IS FURTHER ORDERED** that Defendant McGhan's Motion (Doc. #39) is **DENIED** in all other respects.

DATED: September 25, 2013.

_____
PHILIP M. PRO
United States District Judge